In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00444-CR

_____


IN RE JAMES ALLEN STOKES

_____

**Original Proceeding**
**County Court at Law No. 3 of Jefferson County, Texas**
**Trial Cause No. 243377**

_____

**MEMORANDUM OPINION**

Relator James Allen Stokes filed a petition for writ of mandamus, in which he asked this Court to compel the trial judge to rule on his speedy trial motion. We requested a response from the State, and the State filed a response containing the trial court's order, dated November 28, 2016, which dismissed the case in which Stokes's speedy trial motion was filed.

Because the trial court has dismissed the case in which Stokes filed his speedy trial motion, this original proceeding is moot. Accordingly, we dismiss the petition for writ of mandamus as moot.

1

PETITION DISMISSED.

PER CURIAM

Submitted on November 30, 2016
Opinion Delivered December 14, 2016
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.